

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00501-CV

Rene **CERVANTES**,
Appellant

v.

Lisa M. **CERVANTES**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013CVG001776-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file his brief is GRANTED. Appellant's brief is due on December 28, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court